To whom it May Concern

I Mark Mitchell, would like to opt out of the lawsuit Rodriquez et al -vs- city of New York Docket # 06 CV 3049

Thank you
Mark Mitchell

As per the discussion at the fairness hearing, this class member is granted leave to opt out of the class. Plaintiff's counsel is directed to mail a copy of this Order and the opt-out form to Mr. Mitchell, and Mr. Mitchell is directed to file the completed form as directed

SO ORDERED: 12/23/09

/Signed by Judge Brian M. Cogan/
———————————————
U.S.D.J.