**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

199 Water Street, Suite 2500
New York, NY 10038
Telephone: 212.232.1300
Fax: 212.232.1399
www.lbbslaw.com

IVAN D. SMITH
DIRECT DIAL: 212.232.1343
E-MAIL: ismith@lbbslaw.com

July 22, 2010

File No.
29248-02

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Pamela Rodriguez, et al. v. The City of New York, et al.
      06-CV-3049 (BMC) (RER)

Dear Judge Cogan:

Lewis Brisbois Bisgaard & Smith LLP ("Lewis Brisbois") and District Council 37, AFSCME, AFL-CIO ("District Council 37" or the "Union"), plaintiffs' counsel herein, write in accordance with the Court's order filed July 8, 2010 (the "Order"). The Court directed us to submit the precise amount sought as reimbursement for fees paid by District Council 37 and the actual cost District Council incurred for its in-house counsel work on this matter. Accordingly, we submit the following:

(1)   Plaintiffs seek $481,630 for fees and $9,059.72 for disbursements to reimburse District Council 37 for fees and disbursements paid to date on this matter. As documentary support of those payments, we enclose a copy of the firm's internal Accounts Receivable Report for this matter. The report shows a record of fees and disbursements billed to District Council 37 and the amounts paid, along with invoice numbers and corresponding number of the checks transmitted in payment.[1]

---

[1] We possess copies of the invoices and corresponding checks in payment of the invoices. If the Court wishes to inspect the copy of the invoices and checks, we will submit them to the Court.

ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS

NEW YORK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

4817-8239-7702.1

The Honorable Brian M. Cogan
July 22, 2010
Page 2

      (2)    The actual costs incurred by District Council 37 for Steven Sykes's time on the matter is $40,835.65 and for the paralegal's time is $2,133.62. As support, we enclose the Declaration of Mr. Sykes detailing the hours worked on this case by Mr. Sykes and the paralegal, and the Affidavit of Alvin Warshaviak, Controller of District Council 37, detailing the hourly rate District Council 37 incurred for Mr. Sykes's and the paralegal's time.

      In addition, plaintiffs' counsel respectfully request the Court to delay the fees determination until August 5, 2010, to allow District Council 37 sufficient time to establish a separate legal fund for the deposit of attorneys' fees recovered in this and all subsequent matters. This fund would be controlled by the General Counsel of District Council 37 and segregated from the Union's general treasury. After the inception of the separate legal fund, plaintiffs' counsel would then respectfully request the Court to award District Council 37 fees on this matter at market rate.

      In any event, after the Court determines the amount of fees to go the District Council 37, Lewis Brisbois respectfully requests that any remainder from the settlement proceeds be turned over to it as attorneys' fees. Plaintiffs' counsel and defendants negotiated a settlement of the attorneys' fees issue and agreed on a settlement amount of $965,000. During negotiations, Lewis Brisbois submitted time records to defendants that totaled over $1,000,000 for the legal work on this case. If the remainder of the settlement proceeds is not awarded to Lewis Brisbois, then plaintiffs' counsel will not realize the benefit of the bargain it struck with defendants. Defendants do not oppose our specific request that the remainder of the settlement proceeds, if any, go to Lewis Brisbois.

                                                                   Respectfully submitted,

                                                                   Ivan D. Smith of
                                                                   LEWIS BRISBOIS BISGAARD & SMITH LLP

IDS

Enclosures

cc:    Joshua R. Fay, Esq. (via E-mail)
        Steven Sykes, Esq. (via E-mail)

ARHST
**By Arrival Sequence**
29248-2

## A/R HISTORY

DISTRICT COUNCIL 37, AFSCME, AFL-CIO
RODRIGUEZ V CITY OF NEW YORK

Office: NEW YORK
Billing Atty: IVAN D. SMITH

7/19/2010 9:50:43 AM  marin

Page 1
LDBData

| Post Date | Inv. No. | | Trans Date | Billed Fees | Billed Disbs | Paid Fees | Paid Disbs | A/R Balance | Retainer |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/07 | 548238 | Billing | 10/11/07 | 6,880.00 | | | | 6,880.00 | |
| 11/07/07 | 548238 | Payment: DISTRICT COUNCIL 37 Check#: 66639 | 11/05/07 | | | 6,880.00 | | .00 | |
| 11/13/07 | 555443 | Billing | 11/13/07 | 6,160.00 | 8.41 | | | 6,168.41 | |
| 12/06/07 | 555443 | Payment: DISTRICT COUNCIL 37 AMERICAN FEDERATION Check#: 67284 | 12/03/07 | | | 6,160.00 | 8.41 | .00 | |
| 12/26/07 | 564717 | Billing | 12/26/07 | 6,400.00 | 3.00 | | | 6,403.00 | |
| **2007** | | | | **19,440.00 *** | **11.41 *** | **13,040.00 *** | **8.41 *** | **6,403.00 *** | **.00 *** |
| 1/14/08 | 567866 | Billing | 1/14/08 | 12,335.00 | 185.81 | | | 18,923.81 | |
| 2/13/08 | 564717 | Payment: DISTRIC COUNCIL 37 Check#: 69116 | 2/12/08 | | | 6,400.00 | 3.00 | 12,520.81 | |
| 2/13/08 | 567866 | Payment: DISTRIC COUNCIL 37 Check#: 69116 | 2/12/08 | | | 12,335.00 | 185.81 | .00 | |
| 2/13/08 | 574437 | Billing | 2/13/08 | 10,620.00 | 71.25 | | | 10,691.25 | |
| 3/10/08 | 574437 | Payment: DISTRICT COUNCIL 37 Check#: 70020 | 3/10/08 | | | 10,620.00 | 71.25 | .00 | |
| 3/13/08 | 581043 | Billing | 3/13/08 | 13,027.50 | 62.09 | | | 13,089.59 | |
| 4/14/08 | 587862 | Billing | 4/14/08 | 9,620.00 | 435.80 | | | 23,145.39 | |
| 4/14/08 | 581043 | Payment: DISTRICK COUNCIL 37 AMERICAN FEDERATION Check#: 70911 | 4/14/08 | | | 13,027.50 | 62.09 | 10,055.80 | |
| 5/09/08 | 595262 | Billing | 5/09/08 | 13,800.00 | 1,137.33 | | | 24,993.13 | |
| 6/10/08 | 603073 | Billing | 6/10/08 | 8,340.00 | 13.65 | | | 33,346.78 | |
| 6/30/08 | 595262 | Payment: DISTRICT COUNCIL 37, AMERICAN FEDERATION Check#: 73209 | 6/27/08 | | | 13,800.00 | 1,137.33 | 18,409.45 | |
| 7/17/08 | 611031 | Billing | 7/17/08 | 14,540.00 | 81.25 | | | 33,030.70 | |
| 8/04/08 | 603073 | Payment: DISTRICT COUNCIL 37 Check#: 74027 | 8/04/08 | | | 8,340.00 | 13.65 | 24,677.05 | |
| 8/19/08 | 618859 | Billing | 8/19/08 | 22,340.00 | 202.68 | | | 47,219.73 | |
| 8/22/08 | 611031 | Payment: DISTRICT COUNCIL 37, AMERICAN FEDERATION Check#: 74376 | 8/22/08 | | | 14,540.00 | 81.25 | 32,598.48 | |
| 9/11/08 | 626328 | Billing | 9/11/08 | 21,180.00 | 54.72 | | | 53,833.20 | |
| 9/17/08 | 618859 | Payment: DISTRICT COUNCIL 37 Check#: 75145 | 9/16/08 | | | 22,340.00 | 202.68 | 31,290.52 | |
| 10/15/08 | 626328 | Payment: DISTRICT COUNCIL 37, AMERICAN FEDERATION Check#: 75924 | 10/15/08 | | | 21,180.00 | 54.72 | 10,055.80 | |
| 10/22/08 | 636264 | Billing | 10/22/08 | 19,037.50 | 3,374.50 | | | 32,467.80 | |
| 11/04/08 | 636264 | Payment: DISTRICT COUNCIL 37, AMERICAN FEDERATION Check#: 76610 | 11/04/08 | | | 19,037.50 | 3,374.50 | 10,055.80 | |
| 11/18/08 | 587862 | Payment: DIDTRICT COUNCIL 37, AMERICAN FEDERATION Check#: 77211 | 11/18/08 | | | 9,620.00 | 435.80 | .00 | |
| 11/24/08 | 644361 | Billing | 11/24/08 | 21,130.00 | 189.10 | | | 21,319.10 | |
| 12/11/08 | 649319 | Billing | 12/11/08 | 18,880.00 | 82.85 | | | 40,281.95 | |

ARHST
**By Arrival Sequence**
29248-2
7/19/2010 9:50:43 AM  marin
Page 2
LDBData

Case 1:06-cv-03049-BMC   Document 92   Filed 07/22/10   Page 4 of 10 PageID #: 2456

## A/R HISTORY

**DISTRICT COUNCIL 37, AFSCME, AFL-CIO**
**RODRIGUEZ V CITY OF NEW YORK**

Office: NEW YORK
Billing Atty: IVAN D. SMITH

| Post Date | Inv. No. |  | Trans Date | Billed Fees | Billed Disbs | Paid Fees | Paid Disbs | A/R Balance | Retainer |
|---|---|---|---|---|---|---|---|---|---|
| 12/16/08 | 644361 | Payment: DISTRICT COUNCIL 37, AMERICAN FEDERATION Check#: 77929 | 12/16/08 |  |  | 21,130.00 | 189.10 | 18,962.85 |  |
| **2008** |  |  |  | **184,850.00 *** | **5,891.03 *** | **172,370.00 *** | **5,811.18 *** | **18,962.85 *** | **.00 *** |
| 1/19/09 | 649319 | Payment: DISTRICT COUNCIL 37, AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES Check#: 78477 | 1/09/09 |  |  | 18,880.00 | 82.85 | .00 |  |
| 1/26/09 | 659467 | Billing | 1/26/09 | 29,420.00 | 821.68 |  |  | 30,241.68 |  |
| 2/06/09 | 659467 | Payment: DISTRIC COUNCIL 37 AMERICAN FEDERATION Check#: 79223 | 2/06/09 |  |  | 29,420.00 | 821.68 | .00 |  |
| 2/20/09 | 666284 | Billing | 2/20/09 | 20,320.00 | 132.11 |  |  | 20,452.11 |  |
| 3/16/09 | 666284 | Payment: DISTRICT COUNCIL 37 Check#: 80218 | 3/16/09 |  |  | 20,320.00 | 132.11 | .00 |  |
| 3/17/09 | 672117 | Billing | 3/17/09 | 30,700.00 | 446.17 |  |  | 31,146.17 |  |
| 4/08/09 | 672117 | Payment: DISTRICT COUNCIL 37, AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES Check#: 80646 | 4/06/09 |  |  | 30,700.00 | 446.17 | .00 |  |
| 4/14/09 | 680872 | Billing | 4/14/09 | 34,260.00 | 349.21 |  |  | 34,609.21 |  |
| 4/30/09 | 680872 | Payment: DISTRICT COUNCIL 37 Check#: 81311 | 4/30/09 |  |  | 34,260.00 | 349.21 | .00 |  |
| 5/12/09 | 687412 | Billing | 5/12/09 | 31,800.00 | 65.50 |  |  | 31,865.50 |  |
| 5/27/09 | 687412 | Payment: DISTRICT COUNCIL 37 Check#: 81941 | 5/27/09 |  |  | 31,800.00 | 65.50 | .00 |  |
| 6/18/09 | 697572 | Billing | 6/18/09 | 15,540.00 | 110.85 |  |  | 15,650.85 |  |
| 7/16/09 | 697572 | Payment: DISTRICT COUNCIL 37 Check#: 83833 | 7/16/09 |  |  | 15,540.00 | 110.85 | .00 |  |
| 7/20/09 | 706011 | Billing | 7/20/09 | 11,840.00 | 95.92 |  |  | 11,935.92 |  |
| 8/13/09 | 706011 | Payment: DISTRICT COUNCIL 37 Check#: 84349 | 8/07/09 |  |  | 11,840.00 | 95.92 | .00 |  |
| 8/26/09 | 716498 | Billing | 8/26/09 | 5,140.00 | 24.14 |  |  | 5,164.14 |  |
| 9/22/09 | 716498 | Payment: DISTRICT COUNCIL 37, AMERICAN FOUNDATION Check#: 85559 | 9/21/09 |  |  | 5,140.00 | 24.14 | .00 |  |
| 9/24/09 | 724539 | Billing | 9/24/09 | 9,160.00 | 44.84 |  |  | 9,204.84 |  |
| 10/20/09 | 730338 | Billing | 10/20/09 | 19,640.00 | 213.35 |  |  | 29,058.19 |  |
| 10/20/09 | 724539 | Payment: DISTRICT COUNCIL 37, AMERICAN FEDERATION Check#: 86317 | 10/19/09 |  |  | 9,160.00 | 44.84 | 19,853.35 |  |
| 11/13/09 | 737861 | Billing | 11/13/09 | 8,120.00 | 93.12 |  |  | 28,066.47 |  |
| 12/23/09 | 748873 | Billing | 12/23/09 | 8,600.00 | 22.31 |  |  | 36,688.78 |  |
| **2009** |  |  |  | **224,540.00 *** | **2,419.20 *** | **207,060.00 *** | **2,173.27 *** | **36,688.78 *** | **.00 *** |
| 1/22/10 | 755992 | Billing | 1/22/10 | 7,240.00 | 147.72 |  |  | 44,076.50 |  |
| 2/18/10 | 764732 | Billing | 2/18/10 | 20,280.00 | 267.48 |  |  | 64,623.98 |  |

ARHST  
**By Arrival Sequence**  
29248-2

## A/R HISTORY

7/19/2010 9:50:43 AM  marin

Page 3  
LDBData

**DISTRICT COUNCIL 37, AFSCME, AFL-CIO**  
Office: NEW YORK  
Billing Atty: IVAN D. SMITH  
RODRIGUEZ V CITY OF NEW YORK

| Post Date | Inv. No. | | Trans Date | Billed Fees | Billed Disbs | Paid Fees | Paid Disbs | A/R Balance | Retainer |
|---|---|---|---|---|---|---|---|---|---|
| 3/12/10 | 771061 | Billing | 3/12/10 | 12,500.00 | 836.70 | | | 77,960.68 | |
| 3/18/10 | 755992 | Payment: DISTRICT COUNCIL 37, AMERICAN FEDERATION Check#: 89677 | 3/18/10 | | | 7,240.00 | 147.72 | 70,572.96 | |
| 3/18/10 | 730338 | Payment: DISTRICT COUNCIL 37 Check#: 90586 | 3/18/10 | | | 19,640.00 | 213.35 | 50,719.61 | |
| 3/18/10 | 737861 | Payment: DISTRICT COUNCIL 37 Check#: 90586 | 3/18/10 | | | 8,120.00 | 93.12 | 42,506.49 | |
| 3/18/10 | 748873 | Payment: DISTRICT COUNCIL 37 Check#: 90586 | 3/18/10 | | | 8,600.00 | 22.31 | 33,884.18 | |
| 4/23/10 | 783930 | Billing | 4/23/10 | 22,520.00 | 228.01 | | | 56,632.19 | |
| 5/14/10 | 788922 | Billing | 5/14/10 | 23,040.00 | 362.35 | | | 80,034.54 | |
| 6/08/10 | 788922 | Payment: DISTRICT COUNCIL 37 Check#: 92531 | 6/07/10 | | | 23,040.00 | 362.35 | 56,632.19 | |
| 6/21/10 | 801164 | Billing | 6/21/10 | 11,560.00 | 254.79 | | | 68,446.98 | |
| 6/30/10 | 783930 | Payment: DISTRICT COUNCIL 37 Check#: 93044 | 6/29/10 | | | 22,520.00 | 228.01 | 45,698.97 | |
| 7/14/10 | 807006 | Billing | 7/14/10 | 1,200.00 | 16.25 | | | 46,915.22 | |
| 2010 | | | | | | | | | |
| | | Totals: | | 98,340.00 * | 2,113.30 * | 89,160.00 * | 1,066.86 * | 46,915.22 * | .00 * |
| | | | | 527,170.00 | 10,434.94 | 481,630.00 | 9,059.72 | 46,915.22 | .00 |

**Retainer Balances**  
RETAINER ACCOUNT  
OTHER RETAINER

| Aged Accounts Receivable | 0-30 days | 31-60 days | 61-90 days | Over 90 days | Total |
|---|---|---|---|---|---|
| Fees: | 12,760.00 | | | 32,780.00 | 45,540.00 |
| Disbursements: | 271.04 | | | 1,104.18 | 1,375.22 |
| Total: | 13,031.04 * | * | * | 33,884.18 * | 46,915.22 * |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PAMELA RODRIGUEZ, TIFFANY BELLE,
YOLANDA CAPERS, TONI REID, KESHA SMITH,
AKELA GRIFFEN, TIFFANY MORRIS, FELICITA
GOMEZ, SANDRA SPRINGER, CYNTHIA HILL
and JENNY MARCELINO,           ECF CASE

On behalf of themselves and all others
similarly situated),

                                      AFFIDAVIT OF
                                      ALVIN WARSHAVIAK

                Plaintiffs,         Civil Case No. 06-Civ-3049
                                      (BMC)(RER)

       -against-

THE CITY OF NEW YORK (Michael R. Bloomberg,
As Mayor) and THE NEW YORK CITY POLICE
DEPARTMENT (Raymond Kelly, as Police Commissioner)

                Defendants.
------------------------------------------------------------------------X

    STATE OF NEW YORK    )
    COUNTY OF NEW YORK    ) SS:

ALVIN WARSHAVIAK, being duly sworn, hereby deposes and states:

1. I am the Controller of District Council 37, AFSCME, AFL-CIO ("District Council 37"). I have held this position for over 17 years. As Controller, I manage the accounting departments at District Council 37, including accounts payable, accounts receivable, and payroll.

2. I am fully familiar with the payroll records of District Council 37, including all employees in the District Council 37 General Counsel's Office.

3. District Council 37 is in the process of setting up a segregated legal fund controlled by the General Counsel and used solely to fund legal activities. The fund will be operational on or before August 2, 2010.

4. Steven Sykes began working in the DC37 General Counsel's Office on November 15, 2004.

5. Steven Sykes is the Senior Assistant General Counsel and has held this position since November 2008. Prior to this title, he was an Assistant General Counsel. He is paid a yearly salary based on a 35-hour work week.

6. During the 2006 calendar year, his hourly wages, including all supplemental benefits and other employer costs was $46.79 per hour.

7. During the 2007 calendar year, his hourly wages, including all supplemental benefits and other employer costs was $46.63 per hour.

8. During the 2008 calendar year, his hourly wages, including all supplemental benefits and other employer costs was $59.37 per hour.

9. During the 2009 calendar year, his hourly wages, including all supplemental benefits and other employer costs was $92.56 per hour.

10. During the 2010 calendar year, his hourly wages, including all supplemental benefits and other employer costs was $97.05 per hour.

11. Anastasia Papadhimitri is a paralegal in the District Council 37 General Counsel's Office. She is paid a yearly salary based on a 35-hour work week.

12. During the 2008 calendar year, her hourly wages, including all supplemental benefits and other employer costs was $23.88 per hour.

13. During the 2009 calendar year, her hourly wages, including all supplemental benefits and other employer costs was $32.18 per hour.

14. During the 2010 calendar year, her hourly wages, including all supplemental benefits and other employer costs was $34.65 per hour.

Alvin Warshaviak

Sworn to before me this
22⁻ day of July 2010

NOTARY PUBLIC

JESSE GRIBBEN
Notary Public, State of New York
No. 02GR6125586
Qualified in New York County
Commission Expires June 9, 2009 13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PAMELA RODRIGUEZ, TIFFANY BELLE, YOLANDA CAPERS, TONI REID, KESHA SMITH, TIFFANY MORRIS, FELICITA GOMEZ, SANDRA SPRINGER, CYNTHIA HILL and JENNY MARCELINO (On behalf of themselves and all others similarly situated),

                        Plaintiffs,

    -against-

THE CITY OF NEW YORK (Michael R. Bloomberg, as Mayor) and THE NEW YORK CITY POLICE DEPARTMENT (Raymond Kelly, as Police Commissioner),

                        Defendants.
-------------------------------------------------------------------X

06-CV-3049 (BMC) (RER)
ECF Case

**DECLARATION OF STEVEN SYKES IN SUPPORT OF PLAINTIFFS' FEE APPLICATION**

STEVEN E. SYKES, under penalty of perjury, affirms and states as follows:

1. I am an attorney admitted to practice in the courts of New York, as well as the United States District Court for the Southern and Eastern Districts of New York, and the United States Court of Appeal for the Second Circuit.

2. I am Senior Assistant General Counsel in the General Counsel's Office of District Council 37, AFSCME, AFL-CIO (the "General Counsel's Office). I have held this position since November 17, 2008. As Senior Assistant General Counsel, I supervise eight attorneys, including assigning cases and review work. I also take the lead on the more complex litigation that our office handles. Prior to my current position, I was an assistant general counsel in the General Counsel's Office from November 2004 until November 2008.

3. In 2006, I spent 162.25 hours working on this matter.

4. In 2007, I spent 212.75 hours on working on this matter.

5. In 2008, I spent 261.5 hours working on this matter.

4822-9085-7220.1

6. In 2009, I spent 84.25 hours working on this matter.

7. In 2008, Anastasia Papadhimitri, a legal assistant in my office, spent 65.9 hours working on this matter.

8. In 2009, Ms. Papadhimitri spent 17.4 hours working on this matter.

9. I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         July 22, 2010

_____
Steven E. Sykes (SS1637)